UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                                        Criminal No. 12-cr-110-01-JD

Raymond Negron

O R D E R

The assented to motion to reschedule jury trial (document no. 11) filed by defendant is granted; Trial is continued to the two-week period beginning March 19, 2013, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                               */s/ Joseph A. DiClerico, Jr.*
                                               Joseph A. DiClerico, Jr.
                                               United States District Judge

Date: November 28, 2012

cc: Bruce Kenna, Esq.
    Jennifer Davis, Esq.
    U.S. Marshal
    U.S. Probation